| Case No. | **CV 18-9656-DMG (MRWx)** | Date | January 10, 2019 |
|---|---|---|---|

| Title | *Candace Q. Butler v. American Income Life Insurance Company* | Page | 1 of 1 |
|---|---|---|---|

Present: The Honorable    DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:  IN CHAMBERS – ORDER TO SHOW CAUSE AND NOTICE TO ALL PARTIES**

On November 26, 2018, the Court set a Scheduling Conference.  [Doc. # 15.]  As required by the Court's November 26, 2018 Order, Fed. R. Civ. P. 26(f), and Local Rule 26-1, counsel are required to file a Joint Rule 26(f) Report.  To date, Defendant filed a unilateral Rule 26(f) Report on December 28, 2019.  [Doc. # 16.]

IT IS HEREBY ORDERED that Plaintiff show cause in writing no later than **January 24, 2019**, why sanctions should not be imposed for their failure to cooperate and participate with opposing counsel in a Rule 26(f) conference and for failure to file a **Joint** Rule 26(f) Report. The filing of a Joint Rule 26(f) Report by the deadline will be deemed a satisfactory response.

The scheduling conference on January 11, 2019 is hereby VACATED and will be rescheduled if necessary.

IT IS SO ORDERED.